1  Eric K. Yaeckel [CSB No. 274608]
   yaeckel@sullivanlawgroupapc.com
2  Ryan T. Kuhn [CSB No. 324538]
   ryan@sullivanlawgroupapc.com
3  **SULLIVAN & YAECKEL LAW GROUP, APC**
   2330 Third Avenue
4  San Diego, California 92101
   (619) 702-6760 * (619) 702-6761 FAX
5
6  Derik N. Lewis (SBN 219981)
   VANTIS LAW FIRM, APC
7  120 Vantis, Ste 300
   Aliso Viejo, California 92656
8  Telephone: (949) 216-0935
   Facsimile: (949) 296-0935
9  info@VantisLaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS AMARA, NICHOLAS PARRINO, ALFONSO GUZMAN, and BENITA GUZMAN, individually and on behalf of other members of the public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MR. COOPER GROUP INC., a Delaware corporation; NATIONSTAR MORTGAGE LLC; a Delaware Limited Liability Company; XOME INC., a Delaware Corporation; BARBARA LYNN SIMMONS, an individual; THOMAS HUGH O'LEARY, an individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No: 5:19-cv-01153-FLA-AFM<br><br>(Consolidated with Case No. 5:21-cv-00318-FLA-AFM)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to Magistrate Judge Alexander F. MacKinnon for discovery and/or post-judgment matters that may be referred<br><br>Assigned for all remaining purposes to Honorable Fernando L. Aenlle-Rocha |

This is a joint notice of a settlement made between plaintiffs Idris Amara, Nicholas Parrino, Alfonzo Guzman and Benita Guzman (the "Plaintiffs"), and Defendants Mr. Cooper Group, Inc., Nationstar Mortgage LLC ("Nationstar"), Xome Inc. ("Xome"), Barbara Lynn Simmons, and Thomas Hugh O'Leary ("Defendants") in connection with this consolidated action.

Plaintiffs' operative Consolidated Complaint asserts both individual and class action claims against Defendants. (See Doc. # 67.)

Plaintiffs have recently reached terms of a confidential settlement with Defendants which will resolve this matter in its entirety. As soon as the settlement paperwork is finalized, Plaintiffs will be submitting a separate request to dismiss their individual claims with prejudice, and to dismiss the class claims without prejudice.

DATED: February 2, 2022        SULLIVAN & YAECKEL LAW GROUP, APC

By: /s/ Eric K. Yaeckel[1]
Eric K. Yaeckel
SULLIVAN LAW GROUP, APC
*Attorneys for Plaintiffs*

DATED: February 2, 2022        HOLLAND & KNIGHT

By: /s/ Raymond Y. Kim
Raymond Y. Kim
Attorneys for Defendants

---

[1] I, Eric Yaeckel, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.