JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS AMARA, et al., individually and on behalf of other members of the public similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC, et al.<br><br>　　　　　　　　Defendants. | Case No. 5:19-cv-01153-FLA (AFMx)<br><br>**ORDER DISMISSING ACTION [DKT. 78]** |

On September 24, 2021, Plaintiffs Idris Amara, Nicholas Parrino, Alfonso Guzman, and Benita Guzman ("Plaintiffs") filed a Joint Notice of Settlement, stating they had reached terms of a confidential settlement with Defendants which will resolve this action in its entirety. Dkt. 78 at 1. Plaintiffs further state they will be submitting a separate request to dismiss their individual claims with prejudice and to dismiss the class claims without prejudice, as soon as the settlement paperwork is finalized. *Id*. Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: February 3, 2022

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge